Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-95452

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, L.P. FKA
COUNTRYWIDE HOME LOANS SERVICING, L.P.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| ANTHONY PADUANO AND PATRICIA PADUANO, | Case No.: 2:09-BK-12573-GBN |
| Debtors. | |
| BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., | |
| Movant, | |
| vs. | |
| ANTHONY PADUANO AND PATRICIA PADUANO, Debtors; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., its assignees and/or successor in interest ("Secured Creditor" herein), moves this Court for an Order Approving the terms of Loan Modification Agreement attached hereto as

1

Exhibit "A" on Debtor's property, generally described as <u>17464 West Caribbean Lane Surprise, AZ 85379</u> ("Property" herein).

Secured Creditor is entitled to attorney's fees and costs under the Note and Deed of Trust securing Secured Creditor's claim, or alternatively under 11 U.S.C. 506(b) and such other relief as the Court deems just and proper.

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

### I

This Secured Creditor is the servicer and/or beneficiary of a Promissory Note dated April 20, 2005, in the principal amount of $192,000.00, which is secured by the above-referenced Deed of Trust.

On or about June 8, 2008, Debtor commenced the current Chapter 13 Bankruptcy proceeding in this Court.

The Loan Modification Agreement was executed by the Debtors on August 26, 2009.

The loan modification will allow the debtors to lock in an interest rate so that they can maintain monthly payments on their residence as well as any other monetary obligations that they currently have which includes the Chapter 13 trustee payments. Debtors will not be receiving any monies from the loan modification.

///

///

///

///

///

WHEREFORE, Secured Creditor prays judgment as follows:

(1) For an Order approving the Loan Modification Agreement.

(2) For attorney's fees and costs of suit incurred herein.

(3) For such other relief as this Court deems appropriate.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: October 16, 2009  By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor

08-90991/nvmrs.dot/slw

# EXHIBIT A

Loan # 103393586

**Bank of America**

BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

August 6, 2009

PATRICIA PADUANO
17464 W Caribbean Ln
Surprise    AZ    85388 - 7734

Loan#          103393586
Property       17464 WEST CARIBBEAN LANE
Address:       SURPRISE, AZ 85379

## IMPORTANT MESSAGE ABOUT YOUR LOAN

We are pleased to advise you that your loan modification has been approved. In order for the modification to be valid, the enclosed documents need to be signed, notarized, and returned with the requested certified funds.

The following amounts will be added to your current principal balance, resulting in a modified principal balance of $238,185.09 prior to your first payment date. The amount added to your loan is:

| | |
|---|---|
| Interest: | $6,555.09 |
| Fees: | $0.00 |
| Escrow: | $0.00 |
| Total: | $6,555.09 |

Your new modified monthly payment will be $1,273.16, effective with your October 1, 2009 payment. This payment is subject to change if your escrow account is reanalyzed or if you have a step rate or adjustable rate loan type.

A breakdown of your payment is as follows:

| | |
|---|---|
| Principal and Interest | $1,071.78 |
| Escrow / Option ins: | $201.38 |
| Total Payment | $1,273.16 |

## WHAT YOU SHOULD DO

The following amount must be paid in CERTIFIED FUNDS in order for the modification to become effective:

| | |
|---|---|
| Modification Fee: | $0.00 |
| Title and Recording Fees: | $0.00 |
| Delinquent Escrow: | $1,333.22 |
| Foreclosure Fees: | $0.00 |
| Bankruptcy Fees: | $0.00 |
| Field Inspection Fees: | $14.00 |
| Outstanding Late Charges: | $71.12 |
| NSF/Misc. Fees: | $0.00 |
| Delinquent Mortgage Payment(s): | $81.66 |
| Modified Mortgage Payment(s): | $0.00 |
| Partial Payment: | ($1,500.00) |
| Total Amount Due: | $0.00 |

This offer is contingent on the following:

- Copy of your most recent supporting income receipts (pay stubs). If you are self-employed, please include the last 2 quarters of your Profit and Loss Statements (PL Statements). If you have recently secured new employment, please include a letter from your employer verifying net and gross income. Please do not send originals.

- A lender's title insurance policy or endorsement, which insures the Modified Mortgage as a valid lien in accordance with our requirements. If you have any other encumbrances on the property, then you may be required to obtain agreements by which other secured creditors subordinate their interest to the Modified Mortgage.

This offer is contingent upon BAC Home Loans Servicing, LP receiving relief from the Automatic Stay for any bankruptcy in which the property referred to in the Loan Modification Agreement is included at the time of the modification.

If any issues arise between the date of this commitment and the date on which all of the terms and conditions of this letter are finalized, including, but not limited to, deterioration in the condition of the property, lawsuits, liens, additional expenses and defaulted amount, then we may terminate this offer and pursue all collection action, including foreclosure.

# Bank of America

This letter does not stop, waive or postpone the collection actions, or credit reporting actions we have taken or contemplate taking against you and the property. In the event that you do not or cannot fulfill ALL of the terms and conditions of this letter no later than August 16, 2009, we will continue our collections actions without giving you additional notices or response periods.

The following documents have been enclosed:

**Modification Agreement**
Must be signed in the presence of a Notary. The notary acknowledgment must be in recordable form. All parties who own an interest in the property must sign the modification agreement as their name appears.

**California All Purpose Acknowledgment**
This document will only be used if the loan modification agreement is being executed in the state of California. It will be utilized by a notary of the state of California in place of the notary section contained in the Loan Modification Agreement.

The following documents may have been included if applicable to your loan:

**PayOption Loan Disclosure**
All parties who own an interest in the property must sign the PayOption Loan Disclosure as their name appears.

**Bankruptcy Disclosure**
All parties who own an interest in the property must sign the Bankruptcy Disclosure as their name appears.

Please return all of the enclosed documents to us in the enclosed pre-paid FED EX envelope no later than August 16, 2009 together with a certified check or money order (with loan number on the check) in the amount of $0.00 to the following address:

BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

**THANK YOU FOR YOUR BUSINESS**

HOPE Department

RECORDING REQUESTED
BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

Loan #: 103393586

----------FOR INTERNAL USE ONLY----------

# LOAN MODIFICATION AGREEMENT
## (Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 6th day of August 2009, between PATRICIA PADUANO, and BAC Home Loans Servicing, LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 8th day of July 2005 and in the amount of $243,750.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 17464 WEST CARIBBEAN LANE, SURPRISE, AZ 85379.

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of October 2009, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $238,185.09 consisting of the amount(s) loaned to the Borrower by the Lender which may include, are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of (See Attached Addendum) from the 1st day of September 2009. The Borrower promises to make monthly payments of principal and interest of U.S. (See Attached Addendum) beginning on the 1st day of October 2009, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of August 2035 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

3. The Borrower will make such payments at 4500 Amon Carter Blvd., Fort Worth, TX 76155 or at such other place as the Lender may require.

4. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

5. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing

_Patricia Paduano_      8/26/09
PATRICIA PADUANO      Dated

STATE OF Arizona
COUNTY OF Maricopa
On Aug 26, 2009 Before Jessica Pimentel
Notary Public, personally appeared Patricia Paduano

JESSICA PIMENTEL
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
November 22, 2009

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal _Jessica Pimentel_
Signature

******************************************************************************************************

BAC Home Loans Servicing, LP

By: _____                                Dated: _____

_____                                    _____

STATE OF _____

COUNTY OF _____
On _____ Before _____
Notary Public, personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

Date:            A(     ., 2009                    Please Return
RE: BA2 Loan#    103393586                         Attn Home Retention Divisio.    .ACN-HRD
Mortgagor:       PATRICIA PADUANO                  4500 Amon Carter Blvd.
Property Address: 17464 WEST CARIBBEAN LANE        Fort Worth, TX 76155
                 SURPRISE, AZ 85379

## STEP RATE LOAN MODIFICATION ADDENDUM
## TO LOAN MODIFICATION AGREEMENT

The Step Rate Loan Modification Agreement Addendum (the "Addendum") is made this 6th day of August 2009, and is incorporated into and shall be deemed a part of that certain Loan Modification Agreement of even date herewith (the "Agreement") between PATRICIA PADUANO, and BAC Home Loans Servicing, LP ("Lender"), which agreement amends and supplements that certain Mortgage, Deed of Trust or Deed to Secure Debt (the "Security Instrument").

### THIS ADDENDUM CONTAINS PROVISIONS PROVIDING FOR SCHEDULED INCREASES IN THE INTEREST RATE AND MONTHLY PAYMENT

In consideration of the mutual promises and agreements exchanged and for good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Agreement, Security Instrument or the promissory note (the "Note"), except as specifically provided for herein):

**1. Interest Rate and Monthly Payment Increases.**

Notwithstanding anything to the contrary contained in the Note or referenced in the Agreement, the monthly principal and interest payment shall be calculated as follows:

The interest rate used to determine the monthly principal and interest payment shall change on the 1st day of September 2009 and on that day of every twelfth month thereafter (each such date, a "Change Date"), with the last such change date occurring on the 1st day of September 2013.

a) The First Change Date shall occur on the 1st day of September 2009 at which time the interest rate shall be 2.750%. The monthly principal and interest payment shall be $1,071.78 and shall be due and payable on 1st day of October 2009 and continuing thereafter on the same day of each succeeding month until 1st day of September 2010.

b) The Second Change Date shall occur on the 1st day of September 2010 at which time the interest rate shall be 3.750%. The monthly principal and interest payment shall be $1,194.13 and shall be due and payable on 1st day of October 2010 and continuing thereafter on the same day of each succeeding month until 1st day of September 2011.

c) The Third Change Date shall occur on the 1st day of September 2011 at which time the interest rate shall be 4.750%. The monthly principal and interest payment shall be $1,319.41 and shall be due and payable on 1st day of October 2011 and continuing thereafter on the same day of each succeeding month until 1st day of September 2012.

d) The Fourth Change Date shall occur on the 1st day of September 2012 at which time the interest rate shall be 5.750%. The monthly principal and interest payment shall be $1,446.86 and shall be due and payable on 1st day of October 2012 and continuing thereafter on the same day of each succeeding month until 1st day of September 2013.

Thereafter, monthly principal and interest payment shall remain the same until such time as the principal and interest due under the Note are paid in full. If on 1st day of August 2035 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by the Agreement and this Addendum, the Borrower shall pay these amounts in full on the Maturity Date.

LENDER:                                            BORROWER:
BAC Home Loans Servicing, LP

By _____                         _Patricia Paduano_____
                                                   PATRICIA PADUANO
       Date _____